UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - ORDER

Case No.:   SACV 09-601 JVS (ANx)                              Dated: November 25, 2009

Title:   Lead Research Group, LLC. v. Lead Research, et al.

================================================================

Present: **Hon. Arthur Nakazato, United States Magistrate Judge**
(In Chambers - No Appearances)

Melissa Cash                                                    None
Deputy Clerk                                                    Court Reporter

**Proceedings:**   Order to Show Cause re Sanctions ("OSC")

**Ruling:**   If the parties are unable to reach a settlement without the Court's intervention by the close of business on December 1, 2009, and if the settlement conference proceeds on December 3, 2009, and fails to result in a settlement, Plaintiff and its counsel are hereby ordered to show cause why they should not be sanctioned for failing to comply with the Court's 10/14/09 Order as detailed below.

**Discussion:**

On October 14, 2009, this Court issued its Settlement Conference Order that directed Plaintiff to serve Defendants with Plaintiff's initial good-faith settlement demand within five days of the date of the 10/14/09 Order.

On November 25, 2009, Defendants' counsel submitted his clients' Confidential Settlement Statement ("CSS") in accordance with the Court's 10/14/09 Order. Defendants' CSS includes and refers to a copy of a letter dated October 29, 2009 ("Plaintiff's 10/29/09 Letter"), that Plaintiff's counsel mailed to Defendants' counsel. Plaintiff's 10/29/09 Letter contains what Plaintiff refers to as its "initial settlement offer." The Court finds Plaintiff's 10/29/09 Letter establishes Plaintiff and its counsel violated the terms of the Court's 10/14/09 Settlement Conference Order by failing to transmit its initial demand in the required time and manner. Further, despite Plaintiff's disobedience and failure to make a timely demand, Defendants' CSS reports that, on November 23, 2009, their counsel orally made Defendants' "last and final" counter-offer to Plaintiff's counsel. Defendants report Plaintiff has not yet responded to their last and final counter-proposal. To the contrary, Defendants report Plaintiff responded with a counter-demand that echoed its initial demand.

Lead Research Group, LLC. v. Lead Research, et al.
SACV 09-601 JVS (ANx)
November 25, 2009
Page 2
================================================================

Under the circumstances, Defendants request the Court to cancel the settlement conference because Defendants believe it will not be productive.

The difference between Plaintiff's demand and Defendants' last and final counter-proposal transforms this case into a nominal $15,000 dispute and, under the circumstances, a case that should be capable of settlement without the Court's intervention. Nonetheless, even though this Court has better things to do with its limited time, the Court will proceed with the settlement conference on December 3, 2009, if this case is not settled by the close of business on December 1, 2009. Further, if the settlement conference fails to result in a settlement, Plaintiff and its counsel are hereby ordered to show cause why they should not be sanctioned for failing to comply with the Court's 10/14/09 Order. The sanctions will be monetary in nature, and the amount of the sanctions will consist of all travel-related costs (transportation, lodging, and meals) that Defendants and their counsel incur for appearing at the settlement conference, as well as the reasonable attorneys fees the Defendants incur for having their counsel prepare for and attend the settlement conference.

In the event this case is settled, counsel for the parties are ordered to immediately file a stipulation for dismissal of the action.

cc:    JUDGE SELNA
       All Parties                                Initials of Deputy Clerk _____